IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ELLIS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-CV-1037 |
| | : | |
| MICHAEL S. MATZ, DMD, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 28th day of July, 2010, upon consideration of Plaintiff's July 20, 2010, letter (Doc. No. 13), it is hereby ORDERED that the July 19, 2010, Order (Doc. No. 12), is AMENDED and the judgment shall be for $2,500.00, plus reasonable attorney's fees and costs.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.